FILED
May 11 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ melindajwilliams  DEPUTY

ORDERED UNSEALED on 11/20/2023   s/ melodyqui

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON LEIB KOBISHER (1),<br>  aka "El Kobi,"<br>JORGE VARGAS-VALENZUELA (2),<br>JULIAN LOPEZ-GOMEZ (3),<br>HECTOR ALBERTO LUNA (4),<br>JOSHUA SCHWEERS (5),<br>████████████████████████<br><br>Defendants. | Case No. '23 CR0916 JES<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 – Conspiracy to Distribute Methamphetamine, Fentanyl and Cocaine; Title 21, U.S.C., Sec. 841(a)(1) – Distribution of Fentanyl; Title 21, U.S.C., Sec. 841(a)(1) – Possession of Methamphetamine with Intent to Distribute; Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury and continuing up to and including the date of this Indictment, within the Southern District of California, and elsewhere, defendants AARON LEIB KOBISHER, aka "El Kobi," JORGE VARGAS-VALENZUELA, JULIAN LOPEZ-GOMEZ, HECTOR ALBERTO LUNA, JOSHUA SCHWEERS, and ████████████████████████████████████ did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury, to distribute 500 grams and more of a mixture

PKM:nlv:San Diego:5/11/23

and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phynylethyl)-4-piperidinyl] propenamide (commonly known as fentanyl), a Schedule II Controlled Substance; and 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### Count 2

On or about June 10, 2021, within the Southern District of California, defendant JORGE VARGAS-VALENZUELA did knowingly and intentionally distribute 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### Count 3

On or about July 20, 2021, within the Southern District of California, defendant HECTOR LUNA did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//
//
//
//
//

<u>Criminal Forfeiture Allegations</u>

1. The allegations contained in Counts 1 through 3 of this Indictment are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of the felony offense alleged in Counts 1 through 3 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants AARON LEIB KOBISHER, aka "El Kobi," JORGE VARGAS-VALENZUELA, JULIAN LOPEZ-GOMEZ, HECTOR ALBERTO LUNA, JOSHUA SCHWEERS, and ███████ ███████ shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this Indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the Court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be subdivided without difficulty;

//
//

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

DATED: May 11, 2023.

A TRUE BILL:



Foreperson

RANDY S. GROSSMAN
United States Attorney

By: _____
P. KEVIN MOKHTARI
Assistant U.S. Attorney